OPINION — AG — ** BOND — UNIVERSITIES — PROPERTY LOANED ** THE BOARD OF REGENTS OF THE UNIVERSITY OF OKLAHOMA 'MAY' PROPERLY INCREASE " FROM $5000 TO $162000 ITS PRESENT BOND SAFEGUARDING GOVERNMENT PROPERTY LOANED TO THE UNIVERSITY IN CONNECTION WITH THE ARMY R.O.T.C. UNIT ". (SERVICES, INDEBTEDNESS, REPAIRS, POWER) CITE: 70 O.S. 1216 [70-1216], 70 O.S. 1242 [70-1242], ARTICLE X, SECTION 23 (J. H. JOHNSON)